UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NO. 5:08-CR-404-01 |
| | § § | |
| JANIE PALOMO | § | |

### ORDER TO UNSEAL AND DISMISS CRIMINAL INDICTMENT AND RESCIND BENCH WARRANT

TO THE HONORABLE JUDGE OF SAID COURT:

Upon consideration of Government's Motion to **UNSEAL** and **DISMISS** Criminal Indictment and **RESCIND** Bench Warrant, it is hereby **ORDERED** that the Criminal Indictment in the above styled and numbered cause be **UNSEALED and DISMISSED** without prejudice as to Defendant, **JANIE PALOMO**, and the Bench Warrant, filed on April 1, 2008 in the above styled and numbered cause is hereby **RESCINDED**.

IT IS FURTHER ORDERED that the clerk of the United States District Court deliver a copy of this Order to the United States Marshal for the Southern District of Texas.

DONE at Laredo, Texas, this _13th_ day of _December_, 2019.

U.S. MARSHAL'S OFFICE
BY: CN
DATE: 12/13
TIME: 1040

Judge Marina Garcia Marmolejo
United States District Judge